UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HILL, | ) 1:05-cv-00128-REC-SMS |
| | ) |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE |
| | ) WITHIN THIRTY DAYS OF SERVICE OF |
| | ) THIS ORDER A COMPLETE APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) (DOC. 2) |
| BAKERSFIELD POLICE DEPARTMENT, | ) |
| | ) ORDER DIRECTING THE CLERK TO SEND |
| Defendant. | ) TO PLAINTIFF WITH THIS ORDER A |
| | ) BLANK APPLICATION TO PROCEED IN |
| | ) FORMA PAUPERIS FOR A PERSON IN |
| | ) CUSTODY |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    Pending before the Court is Plaintiff's application to proceed in forma pauperis, filed on February 6, 2006, along with Plaintiff's complaint.

    Plaintiff's application was incomplete. The "Certificate of Authorized Officer" was not dated or signed. Further, Plaintiff did not submit a trust account statement. Plaintiff is required to submit an original, signed prison trust account statement that

1  includes the entire six-month period immediately preceding the
2  filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). In the
3  Court's experience, the Fresno County Jail, the site of
4  Plaintiff's incarceration, customarily provides a statement of
5  account to prisoners who are submitting applications to proceed
6  in forma pauperis.

7  Plaintiff will be provided the opportunity either to pay
8  the $250.00 filing fee or submit a completed application, with a
9  signed certificate, and an original certified copy of his trust
10 account statement covering the full six-month period in support
11 of his request to proceed in forma pauperis.

12 In accordance with the above, IT IS HEREBY ORDERED that

13 1) Within thirty days of the date of service of this order,
14 Plaintiff shall either submit a completed application to proceed
15 in forma pauperis, including a signed certificate and an original
16 certified copy of his prison trust account statement for the six-
17 month period immediately preceding the filing of the complaint,
18 or, in the alternative, pay the $250.00 filing fee for this
19 action; **Plaintiff's failure to comply with this order will result**
20 **in a recommendation that this action be dismissed**; and

21 2) The Clerk IS DIRECTED to send to Plaintiff with this
22 order a blank application to proceed in forma pauperis for a
23 person in custody.

25 IT IS SO ORDERED.

26 **Dated:   February 12, 2006**            **/s/ Sandra M. Snyder**
   icido3                                     UNITED STATES MAGISTRATE JUDGE

2